UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORENCE MILDRED ROBINSON,

   Plaintiff,

v.                                       CASE NO. 8:14-cv-2050-T-23AEP

CAROLYN W. COLVIN,

   Defendant.
_____/

**ORDER**

On January 4, 2016, Magistrate Judge Anthony E. Porcelli issued a report (Doc. 10) that recommends affirming the Commissioner's decision. More than seventeen days has passed and no party objects. The report and recommendation (Doc. 10) is **ADOPTED**. Under the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on January 25, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE